# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE: FIRST JUDICIAL DISTRICT OF    :   No. 21 EM 2020
PENNSYLVANIA                       :
                                         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of October, 2021, the Request Pursuant to Pa.R.J.A. 1952(B)(2)(m) and (s) is DENIED to the extent it seeks permission for the President Judge of the Philadelphia Municipal Court to suspend Rules of Criminal Procedure 600 and 1013 through November 15, 2021.